UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:24-CR-83-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLARD TIMOTHY SUTTON ) | |
| **Defendant** ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for May 20, 2025, in Wilmington. The case is hereby CONTINUED to the June 24, 2025 term in Wilmington, North Carolina.

This the 16th day of April, 2025.

_____
Richard E. Myers II
Chief United States District Judge